# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VESTER L. FLANAGAN,

    VS                                                                                                     CASE NO. 4:00cv121-WS

WTWC-TV, INC.,

## JUDGMENT

This action came before the Court for consideration with the Honorable William Stafford presiding. The issues have been considered and a decision has been rendered.

The court having been advised that this matter has been compromised and settled between the parties, this cause is hereby dismissed with prejudice and without taxation of costs.

                                                          ROBERT A. MOSSING, CLERK

January 18, 2001  
DATE                                                      Deputy Clerk: Katrina Chalkley

Entered On Docket: 1/18/01 By: KC  
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP  
Copies mailed to: Mattox, Poist

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTH DIST., FLA.  
TALLAHASSEE, FLA.

01 JAN 18 AM 9: 38

FILED

Document No.

28